

# Fourth Court of Appeals
## San Antonio, Texas

July 1, 2016

No. 04-16-00291-CV

**E-LEARNING, LLC**, Grant Business Development Group, Inc., Roger Grant and Judith Grand, d/b/a Business Develoment Group,
Appellants

v.

**AT&T COPRORATION** and AT&T Services, Inc.,
Appellees

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-10500
Honorable Laura Salinas, Judge Presiding

## O R D E R

The appellate record was due on June 13, 2016. The trial court clerk responsible for preparing the clerk's record filed a notification of late record on June 14, 2016, stating that appellants had failed to designate and pay for, or make payment arrangements for, the preparation of the clerk's record. On June 21, 2016, we ordered appellants to provide written proof that the clerk's record and reporter's record had been requested and that payment, or payment arrangements, had been made with the trial court clerk and the court reporter. The reporter's record was filed on June 21, 2016. Appellants timely submitted written proof of payment for the clerk's record. Accordingly, it is ORDERED that the clerk's record is **due no later than thirty (30) days** from the date of this order.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of July, 2016.

_____
Keith E. Hottle
Clerk of Court